IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-165-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    MARK FINNEY,**

        Defendant.

---

**MINUTE ORDER**
*Changing Time of Sentencing Hearing*

---

Judge John L. Kane **ORDERS**

The time of the Sentencing Hearing is changed from 10:00 am to **9:30 a.m.** on October 17, 2011.

---

Dated: October 12, 2011